UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

U.S. SECURITIES AND EXCHANGE COMMISSION,

PLAINTIFF,

v.

FIORE J. GALLUCCI, RONALD A. MANZO, AND GARY B. TAFFET,

DEFENDANTS.

---

Civil Action No. 04cv04493 (SAS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/4/10

### ORDER TO DISBURSE FUNDS TO PAY FEES AND EXPENSES OF TAX ADMINISTRATOR

The Court, having reviewed the U.S. Securities and Exchange Commission's Motion to Disburse Funds to Pay Fees and Expenses of Tax Administrator and the supporting Declaration of the Tax Administrator (the "Declaration"), and for good cause shown,

**IT IS HEREBY ORDERED:**

1. The Clerk of the Court shall issue a check on CRIS account number 04-CV-04493-1, under the case name designation "*SEC v. Gallucci*," for the amount of $429.47 and issue a check on CRIS account number 04-CV-04493-2, under the case name designation "*SEC v. Gallucci*," for the amount of $834.14, each payable to Damasco & Associates, LLP for the payment of the fees and expenses of the Tax Administrator as provided in the Declaration. The checks shall contain the notation SEC v. Gallucci, 04cv04493, Federal Tax Identification number 20-4481916, Tax Administrator Fees for tax year 2009.

2. The Clerk shall send the check by overnight mail to:

>   Damasco & Associates, LLP
>   700 Monte Vista Lane
>   Half Moon Bay, CA 94019
>   Phone: 650-726-4100

The Commission's counsel shall provide the Court Registry with the necessary overnight shipping information and the Securities and Exchange Commission's billing number to pay for this service.

Honorable Shira A. Scheindlin
U.S. District Judge

Dated: Feb. 4, 2010

Notice to Commission Counsel:

James M. McHale, Esq.
U.S. Securities and Exchange Commission
100 F Street, N.W., Mail Stop 4030
Washington, DC 20549-4030
(202) 551-4476
Fax (202) 772-9245
mchalejm@sec.gov